IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. ROBINSON** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **JOHN MCCAUL ADA, JOHN MERRICK,** | : | |
| Public Defender, **STEPHAN DELARO,** | : | |
| Public Defender and **JACQUELINE** | : | |
| **C. CODY,** Public Defender | : | NO. 20-3084 |

# ORDER

**NOW**, this 26th day of October, 2020, upon consideration of the Petition Under 28 U.S.C. § 2254 For Writ of *Habeas Corpus* By A Person in State Custody (Doc. No. 1), the respondents' response to the Petition, and the Report and Recommendation filed by United States Magistrate Judge Richard L. Lloret (Document No. 6) , and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.